IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 96-50893

---

PATRICIA ANN MEUSBURGER,

Plaintiff,

versus

CHANNEL 6, INC., doing business as
KCEN-TV,

Defendant

*************************************************************

WILLIAM G ROSS

Plaintiff-Appellant

versus

CHANNEL 6 INC, doing business as
KCEN-TV

Defendant-Appellee.

---

Appeal from the United States District Court
For the Western District of Texas
(W-94-CA-385)

---

August 8, 1997

Before REYNALDO G. GARZA, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See Local Rule 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.